UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DAVID WADE MORGAN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:24-CV-00244-YY<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, the appeals council will instruct the administrative law judge to: offer Plaintiff the opportunity for a new hearing, take any further action needed to compete the administrative record, and issue a new decision.

The parties further stipulate that Plaintiff shall be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this 25th Day of September 2024

*Youlee Yim You*
Youlee Yim You
UNITED STATES MAGISTRATE JUDGE

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

Page 1   ORDER – 3:24-CV-00244-YY